IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 6:21-cv-639-ADA |
| ZEBRA TECHNOLOGIES CORPORATION, | |
| Defendant. | |

## STIPULATION OF DISMISSAL

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff American Patents LLC ("American Patents" or "Plaintiff") and Defendant Zebra Technologies Corporation ("Zebra" or "Defendant") (together, the "Parties") hereby submit the following Stipulation of Dismissal whereby Plaintiff agrees to dismiss its claims in the above-referenced action with prejudice, and Defendant agrees to dismiss its claims and defenses in the above-referenced action without prejudice, with each Party to bear its own fees and costs.

NOW THEREFORE, it is hereby stipulated by the Parties, subject to the approval of the Court, that:

1. Plaintiff American Patents hereby dismisses the above-referenced action with prejudice;

2. Defendant Zebra hereby dismiss all claims and defenses in the above-referenced action without prejudice; and

3. Each Party agrees to bear its own costs and expenses in the above-referenced action.

Date: December 10, 2021                    Respectfully submitted,


                                           By:/s/ *Zachariah S. Harrington*
                                           Zachariah S. Harrington
                                           Texas Bar No. 24057886
                                           zac@ahtlawfirm.com
                                           Matthew J. Antonelli
                                           Texas Bar No. 24068432
                                           matt@ahtlawfirm.com
                                           Larry D. Thompson, Jr.
                                           Texas Bar No. 24051428
                                           larry@ahtlawfirm.com
                                           Christopher Ryan Pinckney
                                           Texas Bar No. 24067819
                                           ryan@ahtlawfirm.com
                                           ANTONELLI, HARRINGTON & THOMPSON LLP
                                           4306 Yoakum Blvd., Ste. 450
                                           Houston, TX 77006
                                           (713) 581-3000

                                           Stafford Davis
                                           State Bar No. 24054605
                                           sdavis@stafforddavisfirm.com
                                           Catherine Bartles
                                           Texas Bar No. 24104849
                                           cbartles@stafforddavisfirm.com
                                           THE STAFFORD DAVIS FIRM
                                           815 South Broadway Avenue
                                           Tyler, Texas 75701
                                           (903) 593-7000
                                           (903) 705-7369 fax

                                           **ATTORNEYS FOR PLAINTIFF AMERICAN PATENTS LLC**


Date: December 10, 2021                    KILPATRICK TOWNSEND & STOCKTON LLP


                                           By: /s/ *Steven D. Moore*
                                           Steve R. Borgman (Texas State Bar No. 02670300)

700 Louisiana Street, Suite 4300
Houston, Texas 77002
Telephone: 281-809-4081
Facsimile: 281-990-6826
Email: sborgman@kilpatricktownsend.com

STEVEN D. MOORE (*pro hac vice*)
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: smoore@kilpatricktownsend.com

Taylor H. Ludlam (*pro hac vice*)
4208 Six Forks Road, Suite 1400
Raleigh, North Carolina 27609-5764
Telephone: (919) 420-1700
Facsimile: (919) 541-3330
Email: taludlam@kilpatricktownsend.com

Michael T. Morlock (*pro hac vice*)
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6003
Facsimile: (336) 734-2756
Email: mmorlock@kilpatricktownsend.com

**ATTORNEYS FOR DEFENDANT
ZEBRA TECHNOLOGIES CORPORATION**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on December 10, 2021.

/s/ *Zachariah S. Harrington*
Zachariah S. Harrington
