IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 6:21-cv-639-ADA |
| ZEBRA TECHNOLOGIES CORPORATION, | |
| Defendant. | |

## ORDER GRANTING STIPULATION OF DISMISSAL

Before the Court is the Stipulation of Dismissal filed by Plaintiff American Patents LLC ("American Patents") and Defendant Zebra Technologies Corporation ("Zebra") (collectively, the "Parties"). In the stipulation American Patents dismisses its claims in the above-referenced action with prejudice and Zebra dismisses its claims and defenses without prejudice.

Accordingly, the Court **ORDERS** that American Patents' claims are dismissed with prejudice and Zebra's claims and defenses are dismissed without prejudice.

Signed this 14th day of December, 2021.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE